IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40439
Summary Calendar
_____


JAMES OWENS,

                                   Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                   Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-96-CV-492
- - - - - - - - - -
December 8, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for James Owens has filed a motion

to withdraw and a brief as required by Anders v. California, 386

U.S. 738 (1967).  Owens has not filed a response.  Our

independent review of the brief and the record discloses no

nonfrivolous issue.  Accordingly, counsel's motion to withdraw is

GRANTED.  Counsel is excused from further responsibilities

herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.